No. 744. LAWS *v.* DAVIS ET AL. Jurisdictional statement submitted May 5, 1930. Decided May 19, 1930. *Per Curiam:* The appeal is dismissed for the reason that the judgment of the state court sought here to be reviewed is based on a non-federal ground adequate to support it. *Bilby* v. *Stewart,* 246 U. S. 255, 257; *Dibble* v. *Bellingham Bay Land Company,* 163 U. S. 63. *Mr. Walter A. DeCamp* for appellant. *Mr. John Weld Peck* for appellees.